■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BREWSTER LEE MONTGOMERY, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered November 30, 1964, convicting him of attempted burglary in the third degree and possession of burglar's tools as a misdemeanor, upon a jury verdict, and imposing sentence. Judgment affirmed. (*People* v. *Roberts*, 22 A D 2d 853, mot. for lv. to app. den. by Fuld, J., Jan. 4, 1965, cert. den. 381 U. S. 956.) Beldock, P. J., Ughetta, Christ, Hill and Benjamin, JJ., concur.